IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DE'DRA THOMPSON,** *et al*.                                                                **PLAINTIFFS**

v.                                   Case No. 4:24-cv-00834 KGB

**CHRISTOPHER DAVID SLATON**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, the Court dismisses this action without prejudice.

So adjudged this the 23rd day of July, 2025.

_____
Kristine G. Baker
Chief United States District Judge